IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CV 09 80 090 MISC

Robert John Corry - #171979

_____/

## ORDER TO SHOW CAUSE

It appearing that Robert John Corry has been suspended for 60 days by the Supreme Court of California effective February 25, 2009.

**IT IS ORDERED**

That respondent show cause in writing on or before May 26, 2009 as to why he should not be suspended from the practice of law before this court, pending further notice from the State Bar of California.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Robert John Corry
Attorney At Law
South Tower
600 17th Street, Suite 2800
Denver, CO  80202